UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:03-cr-00205-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SHAWN ANTONIO WILEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's pro se Supplemental Motion (Doc. No. 41).

Defendant has previously filed a pro se Motion for Compassionate Release (Doc. No. 37), and the Court ordered the Government to respond, allowing a sixty-day period to do so. (Doc. No. 38).

The Government is hereby ORDERED to respond to Defendant's pro se Supplemental Motion (Doc. No. 41). The Government shall have **an additional thirty (30) days** to respond, thereby making the Response **due by August 26, 2020**. The Government is instructed to file a single Response addressing both of Defendant's motions pending before the Court.

IT IS SO ORDERED.

Signed: June 2, 2020

Frank D. Whitney
Chief United States District Judge

1