UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:03-CR-00205-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SHAWN ANTONIO WILEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se "Motion to Reduce Service," (Doc. No. 48), and Pro Se Motion Reduce Sentence Pursuant to the First Step Act, (Doc. No. 49). After reviewing the motions, the Court DIRECTS the United States Probation Office to prepare a supplemental presentence report recalculating the range advised by the Sentencing Guidelines, if necessary, to supplement the prior recalculations in previously filed Supplemental PSRs. This supplemental PSR shall be filed within twenty-one days.

In addition, the Court hereby ORDERS the Government to respond to the merits of Defendant's motion, including arguments and/or concessions on the 18 USCA § 3553(a) factors. Once a supplemental PSR is filed, the Government shall have sixty days (60) to file its responses to the pending motions. Defendant may file a final reply brief within twenty-eight (28) days of service of the Government's response.

**IT IS SO ORDERED.**

Signed: May 3, 2023

Frank D. Whitney
United States District Judge

1